Anthony Mancino Wiley Sr.
Name and Prisoner/Booking Number

#2184227. B-1-12
Place of Confinement

17635 Industrial farm Road
Mailing Address

Bakersfield, CA. 93308
City, State, Zip Code

**FILED**
JUL 24 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Anthony Mancino Wiley SR. #2184227,  )
(Full Name of Plaintiff)                                )
                             Plaintiff,                     )
                                                                )
              v.                                              ) CASE NO. 1:17CV00981 BAM (PC)
                                                                )            (To be supplied by the Clerk)
(1) Kern County Sheriff                      , )
(Full Name of Defendant)                            )
(2) Medical Detention Staff              , )
                                                                ) **CIVIL RIGHTS COMPLAINT**
(3) _____ , )          **BY A PRISONER**
                                                                )  "Jury Trial Demanded"
(4) _____ , )  ☑ Original Complaint
                    Defendant(s).                     )  ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them.  )  ☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
    ☐ Other: _____.

2. Institution/city where violation occurred: Kern County Leredo - Pre trial facility

**RECEIVED**
JUL 24 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## B. DEFENDANTS

1. Name of first Defendant: **Kern County Sheriffs**. The first Defendant is employed as:
   **Kern County Sheriff Deputies** at **Kern County Laredo-Pretrial Facility**
   (Position and Title)                                    (Institution)

2. Name of second Defendant: **Medical Detention Staff**. The second Defendant is employed as:
   **Medical Detention - Doctor/Nurse** at **Laredo-Pretrial Facility**.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: **N/A**. The third Defendant is employed as:
   **N/A** at **N/A**.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: **N/A**. The fourth Defendant is employed as:
   **N/A** at **N/A**.
   (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? **0**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **N/A** v. **N/A**
      2. Court and case number: **N/A**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **N/A**

   b. Second prior lawsuit:
      1. Parties: **N/A** v. **N/A**
      2. Court and case number: **N/A**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **N/A**

   c. Third prior lawsuit:
      1. Parties: **N/A** v. **N/A**
      2. Court and case number: **N/A**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **N/A**

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Cruel and Unusual Punishment.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim 1. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On June 10th 2017 at 9:30 p.m. I was booked into Kern County Central Jail. I was seen by the nurse and at what time all my medical history and current medications were devolved to them. Notes were taken and blood pressure was taken. I advised Nurse I'm currently under doctors' care for (1) High Blood Pressure, (2) Degenerate Neck and Spine Disc and (3) Nerve pain associated with back and lower extremities in need of orthopedic shoes. Blood pressure was taken and it was high. I was told they can't give me meds until I see doctor. I was transferred to the PreTrial Facility where I put in (7) seven sickcall request to see Doctor. Blood pressure taken (4) four times between 6-14-17 – 7-01-17 all readings very high but no medications or Doctor visit. On 7-03-17 at 6:30 am the pain was so great I fainted in my cell. I was rushed to Kern Medical Center and treated for very very high blood pressure and ask was ex why hasn't I been treated for high blood pressure because they can not get it to come down? I advised them that treatment was denied.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I was injured by not just having high blood pressure but fluid and pressure on my brain is a constant. I'm having head aches every day. my balance, vission and hearing isnt the same and I'm given [?] three new medications

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☑ No
   b. Did you submit a request for administrative relief on Claim I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. (7) sick call slips where submitted to Sheriff detention deputies and the medical staff but never answered

## CLAIM II

1. State the constitutional or other federal civil right that was violated: <u>Cruel and Unusual Punishment</u>.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Failed to provide propper shoes for my medical condition and Denied me the right to protide them for myself. The medical staff did not provide me medicine for my Nurve pain over a month until July 17-2017.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Being one leg is shorter than the other and without proper or Normal foot wear my spinal cord and Disc are constantly rubbing on a continuous basis, Nurve pain from Neck to right shoulder back and lower leg + feet.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☑ No
   b. Did you submit a request for administrative relief on Claim II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Submitted (7) Sick Call slips, was given a shoe chrono but shoes where denied because they werent from on.

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: _Cruel and Unusual Punishment_.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _Was Booked into Kern County Central Jail. advised medical staff of multiple surgeries and implants in leg and bolt in leg and foot. require soft fabric fitting shoe on left foot and raised shoe for right foot. Was given Ibuprofen for two days and it was ended. Shoe chosen was issued on 7-10-17 one month after my incarceration with no pain meds and shoes were denied._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _Constant Pain and deformaties as a result of having to strain and stoop as I walk_

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☑ No
   b. Did you submit a request for administrative relief on Claim III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Submitted multiple request for shoes and Not do I not have adiquit shoe's but the conditions of my foot._

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:
(1) Seek the right to have proper shoes for the condition of my feet
(2) seek to know what medication im given and when / side effects.
(3) outside medical treatment to evaluate the extent of the damage to my brain for the lack of treatment.
(3) Seek a jury trial for Punitive damages because all the above is retalitory actions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07-20-2017
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.