# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WILEY, SR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERN COUNTY SHERIFF, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00981-BAM (PC)<br><br>ORDER DENYING IN FORMA PAUPERIS APPLICATION, WITHOUT PREJUDICE<br>(ECF No. 6)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS FOR A PRISONER, OR PAY FILING FEE WITHIN **FORTY-FIVE (45) DAYS** |

　　　　Plaintiff Anthony Wiley, Sr. ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to the jurisdiction of a United States Magistrate Judge.  (ECF No. 5.)

　　　　Plaintiff initiated this action on July 24, 2017.  (ECF No. 1.)  On July 25, 2017, Plaintiff was ordered to submit an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, or to pay the filing fee for this action within forty-five days.  (ECF No. 4.)  On July 31, 2017, Plaintiff timely filed an application to proceed in forma pauperis.  (ECF No. 6.)

　　　　However, Plaintiff's form is incomplete.  The application requires that Plaintiff attach a certified copy of his inmate trust account statement showing transactions for the past six months.  The form also requires that a certificate be completed by the institution of incarceration, and signed by an authorized officer.  Plaintiff has not submitted this information nor obtained the necessary certification as required.  Plaintiff must submit a completed form if he wishes for the application to be considered.

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 6) is DENIED, without prejudice;

2. The Clerk of the Court is directed to serve this order and a blank IFP application for a prisoner on Plaintiff;

3. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

4. No extension of time will be granted without a showing of good cause; and

5. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated: **August 2, 2017**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE